# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHALANA O'NEAL,<br><br>    Plaintiff<br><br>    v.<br><br>JNR ADJUSTMENT COMPANY,<br><br>    Defendant | ) <br>) <br>) <br>) **Case No.:**<br>) <br>) **COMPLAINT AND DEMAND FOR**<br>) **JURY TRIAL**<br>) <br>) **(Unlawful Debt Collection Practices)**<br>) |

## COMPLAINT

SHALANA O'NEAL ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against JNR ADJUSTMENT COMPANY ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28

U.S.C. §1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendant conducts business in the Commonwealth of Pennsylvania and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. §1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Boston, Massachusetts.

6. Defendant is a debt collection company with its principal office located at 7001 E. Fish Lake Road, Suite 200, Maple Grove, MN 55311.

7. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. At all pertinent times hereto, Defendant was hired to collect a consumer debt and contacted Plaintiff in its attempts to collect that debt.

10. Upon information and belief, the debt that Defendant was attempting to collect arose out of transactions that were primarily for personal, family, or household purposes.

11. Throughout September 2015, Defendant repeatedly and continuously called Plaintiff on her cellular telephone in an attempt to collect a personal debt incurred by Plaintiff's mother.

12. Defendant has placed telephone calls to Plaintiff including but not limited to, (407) 207-2345. The undersigned has confirmed that this telephone number belongs to Defendant.

13. Plaintiff told Defendant it had the wrong number and to stop calling in mid-September.

14. However, Defendant continued to call.

15. Plaintiff told Defendant on several other occasions it was calling the wrong party and to stop calling.

16. Once Defendant knew its calls were unwanted any further calls could only have been placed for the purpose of harassment.

17. These calls have been particularly frustrating and inconvenient to Plaintiff as they were often received when she was at work or at doctor appointments.

18. After Plaintiff's requests to stop the calls were ignored by Defendant's collectors, she had no other viable option but to block calls from Defendant's number through an application on her mobile device.

19. Defendant's actions as described herein were made with the intent to

harass, upset, and coerce payment from Plaintiff.

## COUNT I
## DEFENDANT VIOLATED §1692 d OF THE FDCPA

20. A debt collector violates §1692d of the FDCPA by engaging in conduct of the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

21. A debt collector violates §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

22. Here, Defendant violated §1692d and 1692d(5) of the FDCPA by calling Plaintiff's cellular telephone on a repetitive basis, despite Plaintiff demanding that Defendant stop contacting her.

WHEREFORE, Plaintiff, SHALANA O'NEAL, respectfully prays for a judgment as follows:

    a. All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

    b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

  c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

 d. Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SHALANA O'NEAL, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

Date: 9/6/2016

By: /s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com